**Order entered December 31, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00329-CR

**EARNEST DEWAYNE CLAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-2027**

## ORDER

Before the Court is the State's December 30, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on or before January 18, 2022. We **DIRECT** the Clerk to set this case at issue.

/s/     LANA MYERS
        JUSTICE